383 F.3d 1052
 Farah Mudathir Farah TAHA, Petitioner,
v.
John ASHCROFT, Attorney General, Respondent.
 No. 02-73499.
 United States Court of Appeals, Ninth Circuit.
 September 10, 2004.
 
 1
 Before BEEZER and KOZINSKI, Circuit Judges, and SCHWARZER,* Senior District Judge.
 
 ORDER WITHDRAWING OPINION
 
 2
 The opinion and dissent filed on March 31, 2004, and published at 362 F.3d 623 (9th Cir.2004), are withdrawn.
 
 
 
 Notes:
 
 
 *
 The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation